UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:23CR268 |
| | § | (Judge Jordan) |
| ROBBERTA MARIE KHAN | § | |

**MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES,
CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant, ROBBERTA MARIE KHAN, by and through her undersigned attorney, and files this, MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE, and would show this Honorable Court as follows, to-wit:

**I.**

**PROCEDURAL HISTORY**

On December 12, 2023, the Defendant appeared before United States Magistrate Judge Kimberly Priest Johnson for an Initial Appearance and Arraignment on a two-count Indictment, in which the Defendant is charged with a violation of 18 U.S.C. §§ 2422(a) & 2 (Coercion and Enticement and Aiding and Abetting).   At that time, the Office of the Federal Public Defender for the Eastern District of Texas was appointed to represent the Defendant.   The Final Pretrial Conference is scheduled for February 5, 2024.

**II.**

**GROUNDS FOR MOTION**

Defense counsel respectfully requests a continuance of the pretrial dates to receive and review the discovery in this case, and to discuss the evidence and sentencing guidelines with the

Motion for Continuance of Pretrial Motion Dates,
Change of Plea Deadline, and Final Pretrial Conference Date
Page - 1 -

United States v. ROBBERTA MARIE KHAN
Case No. 4:23CR268

Defendant. Because of the possible punishment, the Defendant respectfully requests this additional time in order to make a fully informed decision. This request is made in order to ensure that effective assistance of counsel is provided to the Defendant.

This Motion for Continuance is not made for purposes of delay, but only in order that justice may be done. The Defendant requests that this Court make a finding that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Due to the reasons outlined above, Defendant respectfully requests an additional 60 days for the pretrial motion dates, change of plea deadline, and final pretrial conference date.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the pretrial motion dates, change of plea deadline, and final pretrial conference date in this case be reset from their current setting for an additional 60 days.

Respectfully submitted,

 /s/ Brian O'Shea
BRIAN O'SHEA
Assistant Federal Defender
Eastern District of Texas
7460 Warren Parkway, Suite 270
Frisco, Texas 75034
(469) 362-8506
FAX: (469) 362-6010

*Attorney for Defendant*

**Motion for Continuance of Pretrial Motion Dates,**
**Change of Plea Deadline, and Final Pretrial Conference Date**
**Page - 2 -**

**United States v. ROBBERTA MARIE KHAN**
**Case No. 4:23CR268**

## CERTIFICATE OF CONFERENCE

Prior to filing this motion, I contacted Assistant United States Attorney, Marisa Miller, and the Government does not oppose this motion.

Additionally, I contacted each of the attorneys for the co-defendants and their responses are noted below:

Rafael De La Garza II, the attorney for William McKinnley Garland (1), is not opposed.

Richard Howard, the attorney for Jalen Alexander Bobo (2), is not opposed.

/s/ Brian O'Shea
BRIAN O'SHEA
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January 2024, a true and correct copy of the foregoing Defendant's MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE was sent by CM/ECF to:

Marisa Miller
Assistant U.S. Attorney
101 East Park Blvd.
Suite 500
Plano, TX 75074

/s/ Brian O'Shea
BRIAN O'SHEA
*Attorney for Defendant*

**Motion for Continuance of Pretrial Motion Dates,**      **United States v. ROBBERTA MARIE KHAN**
**Change of Plea Deadline, and Final Pretrial Conference Date**      **Case No. 4:23CR268**
**Page - 3 -**