IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CRIMINAL NO. 4:23-cr-00268-SDJ-KPJ-4 |
| v. | § <br> § |
| ROBBERTA MARIE KHAN (4) | § <br> § <br> § |

**DEFENDANT'S UNOPPOSED MOTION
FOR SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes Robberta Marie Khan, Defendant, and brings this Motion for Substitution of Counsel, requesting the Court grant permission for Brian George O-Shea to withdraw and to substitute Darlina C. Crowder as attorney of record for Defendant in this cause, and in support thereof would show:

1.  Brian George O'Shea was previously appointed to represent Defendant in this cause. Defendant no longer desires to be represented by Brian George O'Shea.

2.  Darlina C. Crowder has been retained to represent Robberta Marie Khan in this case. Robberta Marie Khan approves this substitution.

This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

WHEREFORE, PREMISES CONSIDERED, Robberta Marie Khan prays that the Court enter an order allowing Robberta Marie Khan to withdraw from representing Defendant and to substitute Darlina C. Crowder as attorney of record in this cause.

Respectfully submitted,

THE CROWDER LAW FIRM, P.C.

/s/

**Darlina C. Crowder**
*Lead Counsel*
State Bar No. 24009825
**Michael Hawk**
*Senior Associate Attorney*
State Bar No. 00793918
**Laura Andrade**
*Senior Associate Attorney*
State Bar No. 24089966
**J. Bailey McShane IV**
*Senior Associate Attorney*
*State Bar No. 24104388*
**Patrick McGuire**
*Associate Attorney*
State Bar No. 24117502
**Tyler Richied**
*Associate Attorney*
State Bar No. 24115777
7950 Legacy Drive Suite 360
Plano, Texas 75024
Tel: (214) 544-0061
Fax: (214) 544-8601
Defenseteam@crowdercriminalfirm.com
**Attorneys for Robberta Marie Khan**

## CERTIFICATE OF SERVICE

DARLINA C. CROWDER, certifies as follows:

I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing Defendant's Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Marisa J Miller
U.S. Attorney's Office – Sherman
101 E. Park Blvd., Suite 500
Plano, TX 75074

Brian George O'Shea
Office of the Federal Defender – Eastern District (Frisco)
7460 Warren Parkway
Suite 270
Frisco, TX 75070

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

_____
**Darlina Crowder**

## CERTIFICATE OF CONFERENCE

I hereby certify that my office communicated electronically with Assistant USA Attorney Matthew T Johnson and Brian George O'Shea, and they are unopposed to this motion.

_____
**Darlina Crowder**