# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § <br> § **CRIMINAL NO. 4:23-cr-00268-SDJ-KPJ-4** |
| **v.** | § <br> § |
| **ROBBERTA MARIE KHAN (4)** | § <br> § <br> § |

## ORDER FOR DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Having considered Defendant Robberta Marie Khan's Motion for Substitution of Counsel, the Motion is hereby **GRANTED.**

It is therefore **ORDERED** that Darlina Crowder is substituted as a retained attorney of record for Defendant and Brian George O'Shea is discharged from this case.

So ORDERED and SIGNED this _____,2024.

_____
HONORABLE JUDGE SEAN JORDAN
UNITED STATES DISTRICT JUDGE