**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:23-cr-00268-SDJ-KPJ-4** |
| **v.** | § | |
| | § | |
| **ROBBERTA MARIE KHAN (4)** | § | |
| | § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I wish to enter my appearance as counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgement has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court in all cases.

Respectfully submitted,

THE CROWDER LAW FIRM, P.C.

By:_____

**Darlina C. Crowder**
*Lead Attorney*
*State Bar No. 24009825*
7950 Legacy Drive Suite 360
Plano, Texas 75024
Tel: (214) 544-0061
Fax: (214) 544-8601
Defenseteam@crowdercriminalfirm.com
**Attorney for Robberta Marie Khan**

## CERTIFICATE OF SERVICE

DARLINA C. CROWDER, certifies as follows:

I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system. The Crowder Law Firm will email notification of such filing to the following:

Marisa J Miller
U.S. Attorney's Office – Sherman
101 E. Park Blvd., Suite 500
Plano, TX 75074

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

_____
Darlina C. Crowder