IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | NO. 4:23-cr-00268-SDJ-KPJ-4 |
| v.  § | |
| § | |
| ROBBERTA MARIE KHAN (4) § | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

The defendant's unopposed motion for substitution of counsel (Dkt. 125) is **GRANTED.** Darlina Crowder is substituted as a retained attorney of record for the defendant, and Brian George O'Shea is discharged.

So **ORDERED** and **SIGNED** this 26th day of December, 2024.

_____
Bill Davis
United States Magistrate Judge