IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23CR268 |
| v. | § | Judge Jordan |
| | § | |
| ROBBERTA MARIE KHAN (4) | § | |
|   a/k/a Roberta Marie Khan, | § | |
|   a/k/a Ember, a/k/a Scarecrow | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Robberta Marie Khan a/k/a Roberta Marie Khan a/k/a Ember a/k/a Scarecrow**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
(972)509-1209 (fax)
Marisa.Miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this document was served by electronic filing to opposing counsel on May 6, 2025.

                                             /s/
                                        Marisa J. Miller