IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  4:23CR268 |
| v. | § | Judge Jordan |
| | § | |
| ROBBERTA MARIE KHAN (4) | § | |
| a/k/a Roberta Marie Khan, | § | |
| a/k/a Ember, a/k/a Scarecrow | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Robberta Marie Khan a/k/a Roberta Marie Khan a/k/a Ember a/k/a Scarecrow (Khan)**, is charged in Count One of the Indictment with violating 18 U.S.C. §§ 2422(a) (Coercion and Enticement) & 2 (Aiding and Abetting).  The elements of the offense that the government must prove beyond a reasonable doubt, but that **Khan** would admit if her plea is accepted, are:

18 U.S.C. § 2422(a): Coercion and Enticement

1. The defendant knowingly persuaded, induced, enticed, or coerced an individual to travel in interstate commerce, and attempted to do so; and

2. The purpose of the travel was for the individual to engage in prostitution, or any sexual activity for which a person can be charged with a criminal offense.

18 U.S.C. § 2: Aiding and Abetting

1. The offense of coercion and enticement was committed by some person;

2. The defendant was associated with the criminal venture;

3. The defendant purposefully participated in the criminal venture; and

4. The defendant sought by action to make that venture successful.

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
(972)509-1209 (fax)
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on May 6, 2025.

/s/
Marisa J. Miller

2