IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 4:23CR268 |
| v. § | Judge Jordan |
| § | |
| ROBERTA MARIE KHAN (2) § | |
| a/k/a Roberta Marie Khan, § | |
| a/k/a/ Ember, a/k/a Scarecrow § | |

## MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case. In support of its motion, the government states as follows:

1. On January 10, 2024, the United States of America obtained a First Superseding Indictment against defendant **Roberta Marie Khan**, alleging a violation of 18 U.S.C. §§ 2422(a) & 2 (coercion and enticement and aiding and abetting).

2. The First Superseding Indictment (ECF #52) and a subsequently filed Bill of Particulars (ECF #122) included a Notice of Intention to Seek Criminal Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 2428(a)(1), 28 U.S.C. § 2461, and 18 U.S.C. §§ 1594(d) & (e), that provided a notice that the government intended to seek forfeiture of the defendant's interest in specific property. The parties agreed to the forfeiture of the property below pursuant to a written plea agreement, as the property is facilitating property and proceeds of the offense. At this time, the government would respectfully request a preliminary order for the forfeiture of property described in the Bill of Particulars (ECF #122) and as reproduced in Exhibit A to this motion.

**Motion for a Preliminary Order of Forfeiture – Page 1**

3.  **Roberta Marie Khan** entered a plea of guilty to Count One of the First Superseding Indictment on May 21, 2025. The defendant and her attorney agreed the government may file the motions for preliminary and final orders of forfeiture regarding the above-described property unopposed and may state in the certificate of conference that the defendant has no objection to the relief sought without having to contact the defendant or the defendant's attorney.

4.  Pursuant to 28 U.S.C. § 2461, when a defendant is convicted of the offense giving rise to the forfeiture, and the forfeiture matter is pursued through the criminal case, the procedures set forth in 21 U.S.C. § 853 apply. Therefore, pursuant to 21 U.S.C. § 853(n)(1), Supplemental Rule G(4)(a)(iv)(C), and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the United States shall publish for at least thirty (30) consecutive days at www.forfeiture.gov notice of this Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in the above-described forfeited property must file a petition with the court no later than sixty (60) days after the first day of publication on an official Internet government forfeiture site, or within thirty (30) days of receipt of direct notice, whichever is earlier.

5.  The government requests the Court forfeit the defendant's right, title, and interest in the above-described property pursuant to the plea entered by the defendant.

6.  Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the

above-described property to be forfeited, and will publish notice at www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property to be forfeited in such manner as the Attorney General may direct.

## Conclusion

The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government Defendant's interest in the aforementioned property.

Respectfully submitted,

ABE MCGLOTHIN, JR.
Acting United States Attorney

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on May 23, 2025.

/s/
Marisa J. Miller